# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-205

_____

JOHN K. WEBB,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and AIR
FORCE PERSONNEL CENTER,

Appellees.

_____

On appeal from an order of the Reemployment Assistance
Appeals Commission.

March 1, 2018

PER CURIAM.

AFFIRMED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John K. Webb, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel & Chief Appellate Attorney, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

No appearance for Appellee Air Force Personnel Center.